UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lovell N. Oates,

        Plaintiff,

v.

Tom Roy, *Commisssioner, MDOC*,
Scott McNurlin, Sheriff Goodhue Co.

        Defendants.

Case No. 16-cv-2010 ADM/FLN

ORDER

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 31, 2016, all the files and records, and no objections having been filed to said Amended Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE under Fed.R.Civ.P.41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 22, 2016        s/Ann D. Montgomery
                                              ANN D. MONTGOMERY
                                              United States District Court Judge